**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| KASEY GRAHAM, | ) | NO. CV 10-4618-RGK(E) |
| Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS, |
| MR. OROZCO (LAPD), et al., | ) | CONCLUSIONS AND RECOMMENDATIONS |
| Defendants. | ) | OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the First Amended Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that all Defendants' Motions for Judgment on the Pleadings are granted and Judgment shall be entered dismissing the action with prejudice.

///

///

1  IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of
2 this Order and the Judgment of this date on Plaintiff and counsel for
3 Defendants.

5  DATED: May 17, 2012.

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE