**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| KASEY GRAHAM, | ) | NO. CV 10-4618-RGK(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| MR. OROZCO (LAPD), et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: May 17, 2012.

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE